1913.) In the matter of Leonard B. Meyer. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MICHELFELDER, Respondent, v. ROYAL BAKING POWDER CO., Appellant. (Supreme Court, Appellate Division, Second Department. November 14, 1913.) Action by William Robert Michelfelder, an infant, by Catherine Michelfelder, his guardian ad litem, against the Royal Baking Powder Company. No opinion. Judgment modified on consent, and, as modified, judgment and order unanimously affirmed, with costs to the respondent. Order signed.

In re MILLER. (Supreme Court, Appellate Division, First Department. July 11, 1913.) In the matter of George M. Miller. No opinion. Order modified, as stated in memorandum per curiam. Settle order on notice.

In re MILLER et al. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) In the matter of Isaac Miller and another, attorneys.
PER CURIAM. Leave is granted to the respondents to supplement their papers by showing details as to their not practicing law, and to procure affidavits as to their continuous good behavior in the interval of their suspension; copies of such papers to be served on the attorney for the Bar Association within five days. See, also, 144 N. Y. Supp. 1130.

In re MILLER et al. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) In the matter of Isaac Miller and another, attorneys. No opinion. Motion granted.

MILLER v. JOHN HANCOCK MUT. LIFE INS. CO. et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Action by Elizabeth M. Miller, an infant, etc., against the John Hancock Mutual Life Insurance Company and another. No opinion. Motion denied, on condition that the appellant perfect her appeal, place the case on the December calendar, and be ready for argument when reached; otherwise, motion granted, with costs.

MILLER et al., Respondents, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Frank D. Miller and others, as trustees, against Richard W. Jones, Jr., and another. No opinion. Judgment and order unanimously affirmed, with costs.

MILLER et al., Respondents, v. ROBINSON et al., Appellants. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Action by Frank D. Miller and others,

as trustees, against Bird M. Robinson and another. No opinion. Judgment and order unanimously affirmed, with costs.

MINOTT, Appellant, v. NEW YORK TIMES CO., Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1913.) Action by Adena C. E. Minott against the New York Times Company. C. Goldzier, of New York City, for appellant. E. Goldmark, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 146 App. Div. 857, 131 N. Y. Supp. 828.

MISHKIN v. WEISBERGER. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Action by Natty Mishkin against Morris Weisberger. No opinion. Motion denied, with $10 costs. Order filed. See, also, 143 N. Y. Supp. 1131.

MITCHELL, Appellant, v. CENTRAL MINES DEVELOPMENT CO., Limited, Respondent. (Supreme Court, Appellate Division, First Department. December 5, 1913.) Action by George Mitchell against the Central Mines Development Company, Limited. D. W. Armstrong, of New York City, for appellant. F. Pierce, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 133 App. Div. 886, 117 N. Y. Supp. 1141.

MITCHELL et al., Respondents, v. MURRAY et al., Appellants. (Supreme Court, Appellate Division, First Department. December 19, 1913.) Action by Mary W. Mitchell and others against John L. Murray and others. N. Heinsheimer, of New York City, for appellants. W. H. Dodd, of New York City, for respondents. No opinion. Order reversed, with $10 costs and disbursements, and motion to strike case from calendar and to stay the trial pending appeal to the Court of Appeals granted. Settle order on notice.

MITTAG, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Emma Mittag, an infant, by Marie Mittag, her guardian ad litem, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

MOLLOY v. VILLAGE OF BRIARCLIFF MANOR. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Action by Frank W. Molloy against the Village of Briarcliff Manor. No opinion. Motion for leave to appeal to the Court of Appeals (from 158 App. Div. 456, 143 N. Y. Supp. 599) denied.

MONAGHAN, Appellant, v. MONAGHAN et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 12,